No. 10–9211. Lowe v. Cate, Secretary, California Department of Corrections and Rehabilitation. C. A. 9th Cir. Certiorari denied.

No. 10–9214. King v. UT Medical Group, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 10–9226. Bradley v. Kravosha, Former Chief Justice, Supreme Court of Nebraska, et al. C. A. 8th Cir. Certiorari denied.

No. 10–9245. Searles v. Pompilio et al. C. A. 2d Cir. Certiorari denied.

No. 10–9265. Hodges v. Gonzalez, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–9272. Tijani v. Holder, Attorney General. C. A. 9th Cir. Certiorari denied.

No. 10–9324. Glodjo v. Webb, Warden. C. A. 6th Cir. Certiorari denied.

No. 10–9325. Gilley v. Florida. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–9326. Fields v. South Carolina. Ct. Common Pleas of Charleston County, S. C. Certiorari denied.

No. 10–9342. Mata v. United States. C. A. 11th Cir. Certiorari denied.

No. 10–9467. Radcliff v. Hall Housing Investments, Inc. C. A. 11th Cir. Certiorari denied.

No. 10–9502. Bibey v. Franke, Superintendent, Two Rivers Correctional Institution. C. A. 9th Cir. Certiorari denied.

No. 10–9508. Breedlove v. Costner et al. C. A. 10th Cir. Certiorari denied.

No. 10–9520. Dyer v. Nebraska. Ct. App. Neb. Certiorari denied.

No. 10–9522. Patterson v. Houston, Director, Nebraska Department of Correctional Services. C. A. 8th Cir. Certiorari denied.